**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

EDI HERNAN CRUZ PEREZ,
Petitioner,
v.
MARKWAYNE MULLIN, *et al*.,
Respondents.

Case No. 5:26-cv-03337-ODW-DMK

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;
2. The Petition is denied with prejudice;
3. Judgment shall be entered denying the Petition;

//

4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

Dated: October 22, 2026

HONORABLE OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE