JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

EDI HERNAN CRUZ PEREZ,
Petitioner,
v.
WARDEN, GEO GROUP INC., *et al.*,
Respondents.

Case No. 5:26-cv-03337-ODW-DMK

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

It is hereby ADJUDGED that the Petition for Writ of Habeas Corpus is denied.

DATED: October 22, 2026

HONORABLE OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE